UNITED STATES of America,
Plaintiff—Appellee,

v.

James A. BUTLER, a/k/a Willie James
Butler, a/k/a John Thomas, a/k/a
Grady, Defendant—Appellant.

Nos. 05–6447, 05–6495.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 27, 2005.

Decided: Sept. 30, 2005.

James A. Butler, Appellant Pro Se. Gurney Wingate Grant, II, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James A. Butler appeals the district court's orders denying his motions for correction of sentence under Fed.R.Civ.P. 60 and Fed.R.Civ.P. 36 and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *See United*

States *v. Butler*, No. CR–91–44 (Jan. 27, 2005; Mar. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*